### Teresa LORENZ Plaintiff-Appellant

### v.

### The BANK OF NEW YORK MELLON; EMC Mortgage Corporation Defendants-Appellees

---

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

### Southstar Funding LLC Defendant

### No. 16-3716

United States Court of Appeals, Eighth Circuit.

Submitted: July 14, 2017

Filed: July 28, 2017

Teresa Lorenz, Pro Se

Jared Matthew Goerlitz, Peterson & Fram, Saint Paul, MN, for Defendant-Appellee The Bank of New York Mellon

Jared D. Kemper, Dykema & Gossett, Minneapolis, MN, Jill M. Wheaton, Dykema & Gossett, Ann Arbor, MI, for Defendant-Appellee EMC Mortgage Corporation

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.

**PER CURIAM.**

Teresa Lorenz appeals from an order of the District Court[1] granting defendants' motions to dismiss and for summary judgment in this removed action for breach of contract and slander of title, which arose from the sale and assignment of Lorenz's home mortgage. After de novo review, we affirm for the reasons explained in the District Court's thorough opinion.[2] See Plymouth Cty. v. Merscorp, Inc., 774 F.3d 1155, 1158 (8th Cir. 2014) (reviewing de novo a dismissal for failure to state a claim); Beaulieu v. Ludeman, 690 F.3d

---

2. Because Lorenz failed to file with the District Court objections to the Magistrate Judge's order denying in part leave to amend the complaint, that order is not properly before us. See Fed. R. Civ. P. 72(a); Daley v. Marriott Int'l, Inc., 415 F.3d 889, 893 n.9 (8th Cir. 2005).

1017, 1024 (8th Cir. 2012) (reviewing de novo an order granting summary judgment); see also 8th Cir. R. 47B.